**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES F. MCAULIFFE, | ) | CHAPTER 7 |
| | ) | CASE NO. 16-11089-MSH |
| Debtor. | ) | |
| | ) | |
| JOHN O. DESMOND, CHAPTER 7 | ) | |
| TRUSTEE FOR THE ESTATE OF | ) | |
| JAMES F. MCAULIFFE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADVERSARY PROCEEDING |
| v. | ) | NO. 16-01164-MSH |
| | ) | |
| ROBIN S. GILBERT, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Anthony R. Leone, of Murtha Cullina LLP, do hereby certify that on the 30th day of November, 2016, I served a copy of the within ***Joint Motion to Approve Extension of Discovery Deadline and Proposed Discovery Plan and Rule 26(f) Certification*** through the ECF system to registered participants.

                                                  /s/Anthony R. Leone
                                                  Anthony R. Leone