UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| JAMES F. MCAULIFFE, | ) ) | CHAPTER 7 |
| Debtor. | ) ) ) | CASE NO. 16-11089-MSH |
| JOHN O. DESMOND, CHAPTER 7 TRUSTEE FOR THE ESTATE OF JAMES F. MCAULIFFE | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ADVERSARY PROCEEDING NO. 16-01164-MSH |
| ROBIN S. GILBERT, | ) ) | |
| Defendant. | ) ) | |

[Handwritten in left margin: 12/01/2016 Allowed. /s/ Melvin S. Hoffman]

**JOINT MOTION TO APPROVE EXTENSION OF DISCOVERY DEADLINE AND
PROPOSED DISCOVERY PLAN AND RULE 26(f) CERTIFICATION**

Plaintiff John O. Desmond, Chapter 7 Trustee for the Estate of James F. McAuliffe and defendant Robin S. Gilbert hereby ask that this Court approve the extension of the discovery deadline and the [Proposed] Discovery Plan and Rule 26(f) Certification, filed herewith. This discovery plan constitutes a change from that set forth in the Court's Pretrial Order dated October 31, 2016. The changes were precipitated largely to accommodate anticipated fact discovery and the addition of expert-related deadlines into the discovery schedule.

In support of this Motion, the Parties state as follows:

1. On March 28, 2016 (the "Petition Date"), the Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code.